[No. 11479–8–II.   Division Two.   June 7, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. NARCRISSUS D. SWANIGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 190057R030, Bruce Cohoe, J., entered September 10, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, J., Petrich, A.C.J., dissenting.

[No. 23303–3–I.   Division One.   June 11, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID CARL FISCHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–01420–1, Jim Bates, J., entered October 28, 1988. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Webster and Winsor, JJ.

[No. 23412–9–I.   Division One.   June 11, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. DAVISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–1–00798–1, Shannon Wetherall, J., entered June 30, 1988. *Reversed* by unpublished opinion per Winsor, J., concurred in by Baker, J., Coleman, C.J., dissenting.